| Name of Debtor (if individual, enter Last, First, Middle):<br>Reisingers' Heating, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All other names used by the Debtor in the last 8 years<br>(Include married, maiden, and trade names): | All other names used by the Joint Debtor in the last 8 years<br>(Include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>39-1029136 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>551 Brickl Rd., Ste. A<br>West Salem, WI 54669 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or Principal Place of Business:<br>La Crosse | County of Residence or Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one Box)<br><br>Individual (includes Joint Debtor)  See Exhibit D on page 2 of this form<br>X Corporation (includes LLC and LLP)<br>Partnership<br>Other (If debtor is not one of the above entities, check this box and state type of entity below). | Nature of Business<br>(Check all applicable boxes)<br>Health Care Business<br>Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>Railroad<br>Stockbroker<br>Commodity Broker<br>Clearing Bank<br>X Other  Heating/Air conditioning<br>**Tax Exempt Entity**<br>**(Check box, if applicable)**<br>**Debtor is a tax-exempt organization under Title 25 of the United States Code (the Internal Revenue Code)** | **Chapter or Section of Bankruptcy Code Under Which**<br>**The Petition is Filed (Check one box)**<br>Chapter 7          X Chapter 11          Chapter    15    Petition    for<br>Chapter 9          Chapter 12          Recognition of a Foreign Main Proceeding<br>Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>Chapter 13 |

| | Nature of Debts (Check one box) |
|---|---|
| | Debts are primarily consumer debts    X    Debts are primarily Business Debts<br>Defined in 11 U.S.C. § 101(8) as<br>(incurred by an individual primarily for a<br>Personal, family, or household purpose." |

| **Chapter 11 Debtors**<br>Check one Box:<br><br>X Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>Debtor is not a small business defined in 11 U.S.C. § 101(51D)_____Check if:<br>Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343.300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>A Plan is being filed with this Petition.<br>Acceptance of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) | **Filing Fee** (Check one box)<br><br>X Full Filing Fee attached<br>Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3A.<br>Filing Fee waiver requested (Applicable to Chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. |

| Statistical/Administrative Information (Estimates only)<br>Debtor estimates that funds will be available for distribution to unsecured creditors.<br>X Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,0001-10,000.00 | 10,001-25,000.00 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,000.01 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 Million | $50,000,001 to $100 Million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | | | | |

**Voluntary Petition**

Name of Debtor(s):
Reisingers Heating, Inc.

*(This page must be completed and filed in every case.)*

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location where filed:  None | Case No: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  None | Case No: | Date Filed: |
| District:  None | Relationship: | Judge: |

## Signatures

### Exhibit A
**(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)**

Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if Debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12 or 13 of Title 11, United Sates Code, and have explained the relief available under each such Chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

s/Galen W. Pittman
Galen W. Pittman, *Attorney for Debtors*

Sept 1, 2010
Date

### Exhibit C
**Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?**

Yes, and Exhibit C is attached and made a part of this petition.

X No

### Exhibit D
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor Venue
### (Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days than in any other District.

There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

Debtors is a debtor in foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will     be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
### Check all applicable boxes.

Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

Name of Landlord that obtained Judgment

Address of Landlord

Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).

| Signature(s) of Debtor(s) Individual/Joint | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) Individual/Joint**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the Chapter of Title 11, United State Code, specified in this petition.

_____
Debtor

_____
Debtor

_____
Date

s/Galen W. Pittman
Galen W, Pittman, Attorney for Debtor(s)
Galen W. Pittman, S.C
300 North Second St., Ste. 210
Post Office Box 668
La Crosse, Wisconsin 54602-0668
(608) 784-0841

Sept 1, 2011
_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

David J. Waraxa
_____
Printed Name of Authorized Individual

President
_____
title of Authorized Individual

8/29/2011
_____
Date

**Signature of a Foreign Representative**

I Declare under penalty of perjury that the information provided in this Petition is true and correct, that I am a foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box)

☐ I request relief in accordance with Chapter 15 title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
(Signature of Foreign Representative)

_____
Printed Name of foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(H) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Signature of Bankruptcy Preparer or officer, principal, responsible person, or partner whose social security number if provided above.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. §156.

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, David Waraxa, President, named as debtor in this case, declare under penalty of perjury that I have read the foregoing Petition and that is it true and correct to the best of my knowledge and belief.

Dated:  8/29/2011

Signature: _____

David J. Waraxa, President
(Print Name and Title)

**United States Bankruptcy Court**
**Western District Of Wisconsin**

In re:  **Reisingers' Heating, Inc.**

|  |  |
|---|---|
| **Debtor(s)** | Case No. _____ |
|  | Chapter 11_____ |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . .$ Billed at hourly
                                                                                          rate of $200.00 per hour

Prior to the filing of this statement I have received .. . . . . . . . $10,000.00_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ Will be billed at
                                                                              hourly rate of $200.00 against retainer

2.     The source of the compensation paid to me was:

       X____ Debtor          _____ Other (specify)

3.     The source of compensation to be paid to me is:

       X____ Debtor          _____ Other (specify)

4.     X____ I have not agreed to share the above-disclosed compensation with any
                other person unless they are members and associates of my law firm.

       _____ I have agreed to share the above-disclosed compensation with another
                person or persons who are not members or associates of my law firm. A
                copy of the agreement, together with a list of the names of the people
                sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all
       aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan, which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any Audit by U.S. Trustee of Means Test.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____Sept 1, 2011_____
Date

s/Galen W. Pittman
Signature of Attorney

GALEN W. PITTMAN, S.C.
Name of law firm

IRS
Patricia Patten
Stop 5301 MSN, 30 East 7th Street
St. Paul, MN  55101-4940

Wisconsin Department of Revenue
Post Office Box 8902
Madison, WI  53708

U. S. TRUSTEE OFFICE
780 Regent Street
Suite 304
Madison, WI  53715

A-1 Glass Co. Inc.
1605 Rose St.
Post Office Box 1866
La Crosse, WI  54602

Advantrack
Post Office Box 168
Sugar Land, TX  77487

Airgas
Post Office Box 802588
Chicago, IL  60680

All American Do It Center
1310 West Wisconsin
Sparta, WI  54656

All American Lumber
1201 North Superior Avenue
Tomah, WI  54660

Ames Law, S.C.
1540 Heritage Blvd., #104
Post Office Box 843
West Salem, WI  54669-0843

Ansay Consulting
417 West Michigan Street
Port Washington, WI  53074-2115

Badger Heating & Air Conditioning
5348 Hwy. 10 E
Stevens Point, WI 54481

Bank of Galesville
16893 S. Main Street
Galesville, WI 54630

Blevins Inc.
621 Kreider Drive
Middleton, PA 17057

Brenengen Ford Mercury
Post Office Box 277
Sparta, WI 54656

Carl W. Becker
419 Sunny Avenue
Sparta, WI 54656

CDP-Colonna-Daum Price Inc.
207 Travis Lane
Waukesha, WI 53189

Central Wisconsin Winair
641 Dale Street
Wisconsin Rapids, WI 54494

Centurytel
Post Office Box 4300
Carol Stream, IL 60197-4300

City of Eau Claire
Post Office Box 909
Eau Claire, WI 54702-0909

City of Sparta
Water and Sewer Utilities
201 W. Oak Street
Sparta, WI 54656

City of Sparta – Treasurer
City Hall
201 W. Oak Street
Sparta, WI 54656

Clifton Gunderson LLP
435 Julie Street
Post Office Box 547
Tomah, WI 54660

Connie Behrens
717 Hollister Avenue
Tomah, WI 54660

Dahlquist Heating & Cooling, Inc.
3399 Faust Lake Rd.
Rhinelander, WI 54501

David Waraxa
19633 Idyllic Rd.
Sparta, WI 54656

DESCO-Coastal Computer Corp.
44 Barkley Circle
Fort Myers, FL 33907

Express Employment Professionals
Post Office Box 841634
Dallas, TX 75284-1634

Fire Protection Specialists
Post Office Box 289
1906 Commercial Street
Bangor, WI 54614

First Supply Group
Post Office Box 1028
La Crosse, WI 54602

Ford Credit
Post Office Box 94380
Palatine, IL 60094

Franciscan Skemp Healthcare
Post Office Box 3068
Milwaukee, WI 53201-3068

G & K Services
5545 Commerce Road
Onalaska, WI 54650

Gustave A. Larson Co.
Box #774402
4402 Solution Center
Chicago, IL  60677-4004

Hoffman Heating & Cooling Inc.
533 E. Beckert Rd.
New London, WI  54961

Insulation Plus
3272 Airport Road
La Crosse, WI  54603

James A. Reisinger
1020 Central Avenue
Sparta, WI  54656

La Crosse Area Chamber of Commerce
712 Main Street
La Crosse, WI  54601

La Crosse Premium Water
Post Office Box 1134
La Crosse, WI  54602-1134

La Crosse Rentals
2809 Lakeshore Drive
La Crosse, WI  54603

Lackore Electric Motor Repair
4102 Morman Coulee Ct.
Post Office Box 802
La Crosse, WI  54602

Lakeshore Village
2809 Lakeshore Drive
La Crosse, WI  54603

Lennox Industries, Inc.
Post Office Box 910549
Dallas, TX  75391

Liturgical Publications, Inc.
Post Office Box 432
Milwaukee, WI  53201

Magnum Radio-WBOG/WXYM/WTMB
1021 North Superior Ave., Ste. 5
Tomah, WI  54660

Milwaukee Stove & Furnace Co.
Box 88173
Milwaukee, WI  53288

Monroe Equipment, Inc.
Post Office Box 100
Butler, WI  53007

Nelson Agri Center
217 N. Center Street
Viroqua, WI  54665

Olson Brothers Electric
1203 Hoeschler Drive
Sparta, WI  54656

P&T Electric, Inc.
1122 South Oak Street
La Crescent, MN  55947

Park Bank
146 N. Water Street
Sparta, WI  54656

Parts Mart
Mobile Home & RV Supply
3900 North Sunset Drive
Mosinee, WI  54455

Pitney Bowes, Inc.
Post Office Box 371896
Pittsburgh, PA  15250-7896

Professional Heating & Cooling
3907 Hwy. 42 North
Sheboygan, WI  53083

Randy Beers Auto Care Center LLC
540 Commerce Street
West Salem, WI 54669

Remona Crowe
9590 Idell Avenue
Sparta, WI  54656

Risingair LLC
1020 Central Avenue
Sparta, WI  54656

Shelter Supply
SDS 12-2389
Post Office Box 86
Minneapolis, MN  55486-2389

SID Harvey Midwest, Inc.
605 Locust Street
Garden City, NY  11530

Sparta Ace Hardware
904 S. Black River Street
Sparta, WI  54656

U.S. Cellular
Post Office Box 0203
Palatine, IL  60055

Union National Bank
124 W. Oak Street
Sparta, WI  54656

Union National Bank
124 W. Oak Street
Post Office Box 249
Sparta, WI  54656

Visa
Post Office Box 4512
Carol Stream, IL  60197-4512

W.A. Roosevelt Co.
2727 Commerce Street
Post Office Box 1208
La Crosse, WI  54602-1208

W.W. Grainger, Inc.
Dept. 464-805907193
Palatine, IL  60038

Waraxa, LLC
19633 Idyllic Rd.
Sparta, WI  54656

WE Energies
Post Office Box 2089
Milwaukee, WI  53201

WEAU
Post Office Box 14200
Tallahassee, FL  32317-4200

WLAX-TV
1305 Interchange Place
La Crosse, WI  54603

Xcel Energy
Post Office Box 9477
Minneapolis, MN  55484-9477

## LIST OF 20 LARGEST
## UNSECURED CREDITORS
## REISINGERS' HEATING, INC.

| | | |
|---|---|---|
| 1. | Milwaukee Stove & Furnace Co.<br>Box 88173<br>Milwaukee, WI 53288 | $43,379.47 |
| 2. | Connie Behrens<br>717 Hollister Avenue<br>Tomah, WI 54660 | $35,500.00 |
| 3. | Risingair LLC<br>1020 Central Avenue<br>Sparta, WI 54656 | $21,630.00 |
| 4. | Clifton Gunderson LLP<br>435 Julie Street<br>Post Office Box 547<br>Tomah, WI 54660 | 12,536.78 |
| 5. | Lennox Industries, Inc.<br>Post Office Box 910549<br>Dallas, TX 75391 | 12,500.98 |
| 6. | CDP-Colonna-Daum Price Inc.<br>207 Travis Lane<br>Waukesha, WI 53189 | 10,279.36 |
| 7. | Blevins Inc.<br>621 Kreider Drive<br>Middleton, PA 17057 | 8,444.89 |
| 8. | Central Wisconsin Winair<br>641 Dale Street<br>Wisconsin Rapids, WI 54494 | 6,596.38 |
| 9. | Insulation Plus<br>3272 Airport Road<br>La Crosse, WI 54603 | 6,410.99 |
| 10. | Carl W. Becker<br>419 Sunny Avenue<br>Sparta, WI 54656 | 4,894.50 |

| 11. | Visa<br>Post Office Box 4512<br>Carol Stream, IL  60197-4512 | 4,564.55 |
|---|---|---|
| 12. | WLAX-TV<br>1305 Interchange Place<br>La Crosse, WI 54603 | 4,520.50 |
| 13. | SID Harvey Midwest, Inc.<br>605 Locust Street<br>Garden City, NY  11530 | 4,457.51 |
| 14. | Gustave A. Larson Co.<br>Box #774402<br>4402 Solution Center<br>Chicago, IL  60677-4004 | 4,008.71 |
| 15. | First Supply Group<br>Post Office Box 1028<br>La Crosse, WI 54602 | 3,634.09 |
| 16. | Parts Mart<br>Mobile Home & RV Supply<br>3900 North Sunset Drive<br>Mosinee, WI  54455 | 3,365.48 |
| 17. | P&T Electric, Inc.<br>1122 South Oak Street<br>La Crescent, MN  55947 | 3,029.59 |
| 18. | Remona Crowe<br>9590 Idell Avenue<br>Sparta, WI 54656 | 1,971.75 |
| 19. | Union National Bank<br>124 W. Oak Street<br>Post Office Box 249<br>Sparta, WI  54656 | 1,860.96 |
| 20. | U.S. Cellular<br>Post Office Box 0203<br>Palatine, IL  60055 | 1,716.32 |